THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN FORTINO, Appellant. [885 NYS2d 668]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.),

rendered September 6, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Smith, Peradotto, Carni and Green, JJ.